IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

STACY ALICIA BONDS                                              PLAINTIFF

v.                            CIVIL ACTION NO. 5:24-cv-33-DCB-ASH

SONYA WOODALL, ET AL.                                          DEFENDANTS

ORDER ON MOTION IN LIMINE

This matter is before the Court on Plaintiff Stacy Alicia Bonds's Motion in Limine to Exclude Testimony or Evidence that Only the Board of Aldermen of Magnolia, Mississippi Can Make Policy Decisions That Make the City of Magnolia Liable for Violations of 42 U.S.C. Section 1983." [ECF No. 56]. Having read the Motion, the submissions of the parties, applicable statutory and case law, the record, and being otherwise fully informed of the premises, the Court denies Plaintiff's motion.

I.   Background

This case arises from Plaintiff's arrest for making of terroristic threats. On April 13, 2023, Ms. Bonds, a kindergarten teacher, was arrested for saying that she was going to kill all of her kindergarten students because the fob for her KIA automobile was inoperable. She made this statement while on the phone with a KIA representative who called the police to report Bonds's statement. Plaintiff claims that she was arrested and detained without probable cause.

II. Discussion

Ms. Bonds does not provide the Court with any valid grounds upon which it could exclude evidence or testimony that the Board of Aldermen is the only policymaker that can make final policy decisions for the City of Magnolia. She explains her own argument that the City delegated decision-making authority to Chief Woodall but does not explain why evidence to the contrary should be excluded. It would be improper for the Court to grant this motion.

III. Conclusion

Because Plaintiff fails to present the Court with grounds for excluding the evidence or testimony she wishes to exclude, the Court denies Ms. Bonds's motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion in Limine [ECF No. 56] is DENIED.

SO ORDERED this the 21st day of August, 2025.

                                               /s/ David Bramlette
                                              DAVID C. BRAMLETTE III
                                              UNITED STATES DISTRICT JUDGE